MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARGARET BRANICK-ABILLA
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone: (415) 977-8929
    Facsimile: (415) 744-0134
    E-mail: Margaret.Branick-Abilla@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| GEORGE LUIS MENDOZA, | Case No.: 1:17-cv-01210-BAM |
| Plaintiff, | **STIPULATION and ORDER FOR EXTENSION OF TIME** |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Defendant shall have a 30-day extension of time, from June 4, 2018 to July 4, 2018, to respond to Plaintiff's Opening Brief. All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Defendant's first request for an extension of time. Defendant respectfully submits that good cause exists for the requested extension because additional time is needed to review and evaluate the administrative record, to consider the multiple issues raised in Plaintiff's Opening

Brief, including additional documentation attached to his brief, to determine whether options exist for settlement, and to accommodate other workload demands and pre-planned leave. Plaintiff does not oppose Defendant's request for an extension of time.

Respectfully submitted,

Dated: May 29, 2018     LAW OFFICES OF LAWRENCE D. ROHLFING

By:*/s/ Lawrence D. Rohlfing\**
LAWRENCE D. ROHLFING
Attorneys for Plaintiff
[*As authorized by e-mail on May 29, 2018]

Dated: May 30, 2018     MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: */s/ Margaret Branick-Abilla*
MARGARET BRANICK-ABILLA
Special Assistant United States Attorney
Attorneys for Defendant

## **ORDER**

Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY ORDERED, that Defendant shall have an extension of time, to and including **July 4, 2018**, in which to file a response Plaintiff's Opening Brief; and that all other deadlines set forth in the Court's Scheduling Order shall be extended accordingly.

IT IS SO ORDERED.

Dated: __**May 30, 2018**__     /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

Stipulation & PO; No. 1:17-cv-01210-BAM